```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 05632
    ASHENAFI BELAY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4421


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 03/10/2008 and was not confirmed.

     The case was dismissed without confirmation 04/30/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------
CAPITAL ONE                UNSECURED          2762.35         .00           .00
CAPITAL MANAGEMENT SERVI   UNSECURED        NOT FILED         .00           .00
CCS                        UNSECURED        NOT FILED         .00           .00
FIRST NORTH AMERICA BANK   UNSECURED        NOT FILED         .00           .00
EMERGE/FNBO                UNSECURED        NOT FILED         .00           .00
STROGER HOSPITAL           UNSECURED        NOT FILED         .00           .00
AT&T WIRELESS              UNSECURED        NOT FILED         .00           .00
FNANB                      UNSECURED        NOT FILED         .00           .00
CAPITAL ONE                UNSECURED        NOT FILED         .00           .00
AT&T WIRELESS              UNSECURED        NOT FILED         .00           .00
SURFSIDE CONDO ASSOCIATI   SECURED           1000.00          .00           .00
BENEFICIAL HFC             CURRENT MORTG         .00          .00           .00
CITIMORTGAGE INC           CURRENT MORTG         .00          .00           .00
BENEFICIAL HFC             MORTGAGE ARRE         .00          .00           .00
CITIMORTGAGE INC           MORTGAGE ARRE    25000.00          .00           .00
INTERNAL REVENUE SERVICE   NOTICE ONLY     NOT FILED          .00           .00
INTERNAL REVENUE SERVICE   PRIORITY         24467.09          .00           .00
INTERNAL REVENUE SERVICE   UNSECURED         4625.22          .00           .00
PHILIP A IGOE              DEBTOR ATTY          .00                         .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                           .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                            RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                           .00

PRIORITY                                                   .00
SECURED                                                    .00
UNSECURED                                                  .00
ADMINISTRATIVE                                             .00
TRUSTEE COMPENSATION                                       .00
DEBTOR REFUND                                              .00
                            ---------------      ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 05632 ASHENAFI BELAY
```

TOTALS                                           .00                    .00

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/22/08                     /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE